977 F.2d 568
 Marsh (Edwin L.), Bigleman (Howard W.), DeCosta (Anthony
J.), Kundick (John R.), Lehmann (Theodore T.),
Lippert (Robert A.), Matsukas (Frank
S.), Nagle (Lawrence V.),
Stephens (William H.)
v.
Crucible, Inc., 1975 Salaried Retirement Plan
 NOS. 92-3065, 92-3123
 United States Court of Appeals,
Third Circuit.
 Sept 25, 1992
 
 Appeal From: W.D.Pa.,
 Mencer, J.,
 
 783 F.Supp. 938
 
 1
 AFFIRMED.